Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6585 | **DATE** | 12/15/2010 |
| **CASE TITLE** | Theron Preston Washington (#1010097) vs. Michael Plaxico, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff is proceeding *pro se*, and to the extent that his Letters [8], [9] could be liberally construed as a motion for reconsideration, Plaintiff has not shown that the court erred in dismissing the instant action. Therefore, we deny the motion for reconsideration.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

On October 28, 2010, we indicated that the docket did not reflect that Plaintiff Theron Preston Washington (Washington) paid the filing fee in the instant action. We gave Washington until November 16, 2010 to pay the filing fee. We also warned Washington that failure to pay the filing fee by November 16, 2010 would result in the dismissal of the instant action. On October 29, 2010, Washington filed a letter indicating that he had been moved to a different place of incarceration. On November 2, 2010, Washington filed a letter indicating that he had "not been able to send extra copies," apparently of the complaint, to the court. Washington also contended that he has not been given $10.97 that was apparently in his prison trust account. On November 24, 2010, we dismissed the instant action since the deadline had passed for paying the filing fee, and Washington had not paid the filing fee nor requested an extension of time to pay the filing fee.

Washington then submitted two letters to the court (Letters). Washington submitted a

| STATEMENT |
|---|
| letter to the court that was entered on the docket on November 29, 2010, in which Washington states that he is "sending the court records of indigence," and that he is "looking forward to filing Conspiracy against rights charge because" he was "harassed about going to the legal Library." (11/29/10 Letter). Washington then submitted a letter to the court that was entered on the docket on December 3, 2010, in which he requests that the court provide him with certain forms and indicates that he will be filing two more civil actions. Washington is proceeding *pro se*, and to the extent that his Letters could be liberally construed as a motion for reconsideration, Washington has not shown that the court erred in dismissing the instant action. Therefore, we deny the motion for reconsideration. |